UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO CASE NO. 07-81059-CIV-HURLEY
(Consolidated Case: Lead action)

LOLA MASON, derivatively on behalf of OFFICE DEPOT, INC.,
    plaintiff

vs.
STEVE ODLAND, et al. and OFFICE DEPOT, INC.,
    defendants.
_____/ Case No. 07-81059

ROBERT MARIN, derivatively, on behalf of OFFICE DEPOT, INC.,
    plaintiffs

vs.
STEVE ODLAND et al., and OFFICE DEPOT, INC.
    defendants.
_____/ Case No. 07-81062

## ORDER CONSOLIDATING DERIVATIVE ACTIONS

**THIS CAUSE** is before the Court for consideration of consolidation of cases. Upon consideration of the parties' responses to the Court's prior show cause order on consolidation, the Court finds consolidation of the above two derivative actions to be appropriate.

It is accordingly **ORDERED** and **ADJUDGED**:

1. The above styled cases now pending in the Southern District as captioned above are now **CONSOLIDATED** in this division. The Clerk shall reassign the cases to the Judge assigned in the lead case.

2. Unless otherwise directed by the Court, **all further pleadings in these actions shall bear the case style and number of the lead case,** *Loa Mason, derivatively and on behalf of Office Depot, Inc.,* Case No. 07-81059-CIV-HURLEY. Pleadings need only be filed under this number; no duplicates are needed.

3. The Clerk shall place a copy of this Order in all related cases..

**DONE and SIGNED** in Chambers in West Palm Beach, Florida this 21ST day of March, 2008.

                                                      Daniel T.K. Hurley
                                           United States District Court Judge

cc.
all counsel