UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81059-CIV-HURLEY

LOLA MASON, derivatively, on behalf of
OFFICE DEPOT, INC.
    plaintiff,

vs.

STEVE ODLAND, et al.,
    Defendant.
_____/

CLOSED CASE

### ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE & CLOSE OUT

**THIS CAUSE** is before the court upon the plaintiff's motion for voluntary dismissal without prejudice and without notice filed April 8, 2009 [DE# 17] Having considered the same it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees, and without obligating plaintiffs to notify Office Depot shareholders of their voluntary dismissal of this derivative action.

2. There being nothing further for the court to resolve, it is ordered that the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 29 day of April, 2009.

                                        Daniel T. K. Hurley
                                    United States District Judge

Copies furnished:

all counsel